JS-6

| | |
|---|---|
| 1 | Victor de Gyarfas, CA Bar No. 171950 |
| 2 | Ted Rittmaster, CA Bar No. 145710<br>FOLEY & LARDNER, LLP |
| 3 | 555 S. Flower Street, Suite 3500<br>Los Angeles, CA 90071 |
| 4 | Telephone:  213.972.4594<br>Facsimile:    213.486.0065 |
| 5 | vdegyarfas@foley.com<br>trittmaster@foley.com |
| 6 | Attorneys for Plaintiff |
| 7 | ARKO DEVELOPMENT LIMITED |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARKO DEVELOPMENT LIMITED, a BVI company | Case No: CV 08-03065 GAF (FFMx)<br>ORDER ON<br>**JOINT STIPULATION OF DISMISSAL** |
| Plaintiff, | |
| vs. | Judge: Hon. Gary A. Feess |
| LITTLE KIDS, INC., a Rhode Island corporation; and DOES 1 - 10, inclusive | |
| Defendants. | |

IT IS SO ORDERED.

DATED: March 19, 2009

*[signature]*

UNITED STATES DISTRICT JUDGE

JOINT STIPULATION OF DISMISSAL
CASE NO.CV 08-03065 GAF (FFMx))

LACA_2124076.1

Pursuant to Fed. R. Civ. P. 41(a)(ii), Plaintiff Arko Development Limited and Defendant Little Kids, Inc. dismiss this action with prejudice, including the complaint and counterclaim, with no costs or fees awarded to either party, by reason of a Settlement Agreement and Release by the parties, with the Court retaining jurisdiction for the purposes of enforcing the Settlement Agreement and addressing, as necessary, discovery upon third parties propounded to verify sales, as part of the Settlement Agreement.

DATED: March 16, 2009

FOLEY & LARDNER LLP
VICTOR DE GYARFAS
TED RITTMASTER


By:     /s/ Victor de Gyarfas
         VICTOR DE GYARFAS
         Attorneys for Plaintiff
         ARKO DEVELOPMENT LIMITED

Dated: March 16, 2009

CHARLES S. BARQUIST
WENDY J. RAY
MORRISON & FOERSTER LLP


By:    /S/ WENDY J. RAY
        WENDY J. RAY
        ATTORNEYS FOR DEFENDANT
        LITTLE KIDS, INC.